# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:18-M -04429(1) |
| | § |
| (1) Alvaro Martinez-Hernandez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 14, 2018** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"On May 13, 2018, the DEFENDANT, MARTINEZ-Hernandez, Alvaro entered the United States illegally by wading across the Rio Grande River from Mexico to Eagle Pass, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. MARTINEZ-Hernandez was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Robles, Reynaldo
BORDER PATROL AGENT

05/16/2018     at     DEL RIO, Texas
File Date     City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                Case Number: DR:18-M-04429(1)

(1) Alvaro Martinez-Hernandez

**Continuation of Statement of Facts:**

admitted that he entered the United States Illegally. Subject was apprehended near Eagle Pass, Texas located in the Western District of Texas."

_____
Signature of Judicial Officer

_____
Signature of Complainant